AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____DISTRICT OF___NEVADA_____

SALVADOR GUILLEN-RICO,

            Petitioner,                    JUDGMENT IN A CIVIL CASE

  V.

                                    CASE NUMBER: **3:08-cv-00467-ECR-VPC**

UNITED STATES OF AMERICA, et al.,

            Respondents.

___    **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus, as amended, shall be DISMISSED without prejudice for lack of exhaustion. Final judgment is entered, dismissing this action without prejudice.

   __April 3, 2009__                          __LANCE S. WILSON__
                                              Clerk

                                    __/s/ Kalani Lizares__
                                        Deputy Clerk